**Motion GRANTED and Order filed July 19, 2019.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00530-CV
_____

### IN RE QUANTUM HOSPITALITY, LLC, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**295th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-45760**

---

## ORDER

On July 8, 2019, relator Quantum Hospitality, LLC, filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable Donna Roth, Judge of the 295th District Court, in Harris County, Texas, to set aside her January 14, 2019, March 8, 2019, May 16, 2019, and April 1, 2019 orders entered

in trial court number 2015-45760, styled *Stephen Bouche v. Quantum Hospitality, LLC*.

Relator also filed a motion for temporary stay of proceedings below. *See* Tex. R. App. P. 52.8(b), 52.10. On July 9, 2019, relator asked this court to stay the April 1, 2019 order, reflected in the transcript of the oral hearing on that date, in the trial court pending a decision on the petition for writ of mandamus.

It appears from the facts stated in the petition and motion that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** the April 1, 2019 order, reflected in the transcript of the oral hearing on that date, entered in trial court cause number 2015-45760, *Stephen Bouche v. Quantum Hospitality, LLC*, **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Jewell.